IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 06 B 09033 |
| FRANCO SANFELICE | ) | HON. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO:  The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

   AT: COURTROOM 2000
       DUPAGE COUNTY COURTHOUSE
       505 NORTH COUNTY FARM ROAD
       WHEATON, IL 60187

   ON:  **May 2, 2008**                          AT:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

   RECEIPTS                                         $55,253.25

   DISBURSEMENTS                                    $0.00

   NET CASH AVAILABLE FOR DISTRIBUTION   $55,253.25

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| | | | |

|  | PAID |  |  |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $3,822.53 | $528.08 |
| Springer Brown . | $0.00 | $2,870.00 | $0.00 |
| Clerk, U.S. Bankruptcy Ct | $0.00 | $0.00 | $250.00 |

5. No priority creditors filed claims in this case.

6. General unsecured creditors filed the following claims totaling $23,253.79, and will receive a distribution on their claims of 100%, plus interest:

| Creditor | Amount of Claim | Amount of Distribution |
|---|---|---|
| Sfc Central Bankruptcy | $410.19 | $443.98 |
| Sherry & Eugene Alimondi | $21,073.83 | $22,809.81 |

7. No late claims were filed.

8. After settlement of all claims, surplus funds in the amount of $24,527.95 will be refunded to the Debtor.

9. All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

11. The debtor received a discharge.

12. The Trustee proposes to abandon any interest she may have in a counterclaim v. Sherry and Eugene Alimondi

Dated: **March 24, 2008**

For the Court:

**KENNETH S. GARDNER**
Kenneth S. Gardner
United States Bankruptcy Court

Trustee:  Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 267-7300 ext 268
(773) 267-9405 (fax)

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1          Date Rcvd: Mar 24, 2008
Case: 06-09033                Form ID: pdf002          Total Served: 19

The following entities were served by first class mail on Mar 26, 2008.
db          +Franco S Sanfelice,   1246 Terrace View  Dr,   Aurora, IL 60504-8973
aty         +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,   3400 W Lawrence Avenue,
              Chicago, IL 60625-5104
aty         +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
tr          +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,   3400 West Lawrence,
              Chicago, IL 60625-5104
10845524     Alarm One,   Anderson Crenshaw,   12801 N. Centivalle Expwy Ste. 250,   Dallas, TX  75243
10845523    +Attorney Edward J Varga,   1700 N Farnsworth Ave  Suite 12,   Aurora, IL 60505-1186
10845526    +Com Cast,   C/O Credit Management Control,   P.O. BX. 1408,   Racine, WI 53401-1408
10845528    +Credit Collection Services,   Two Wells Av.,   Newton, MA 02459-3246
10845529    +Crown Recycling And Waste Services, INC.,   P.O. Box 309,   Elk Grove Village, IL 60009-0309
10845531    +Illinois State License Renewal,   Secretary Of State Jesse White,   3701 Winchester Rd,
              Springfield, IL 62707-9759
10867872    +SFC/CENTRAL BANKRUPTCY,    652 BUSH RIVER RD. STE. 206,   COLUMBIA, SC 29210-7537
10845522    +Sanfelice Franco S,   1246 Terrace View Drive,   Aurora, IL 60504-8973
10858681    +Sherry Alimondi & Eugenio Alimondi,   Gina B. Krol,   Cohen & Krol,
              105 West Madison Street Suite 1100,   Chicago, IL 60602-4600
10845533    +Sherry And Gino Alimondi,   C/O Giagnorio & Robertelli,   130 S. Bloomingdale Rd, P.O. Box 726,
              Bloomingdale, IL 60108-0726
10845534    +Silver Leaf Club,   P.O. Box 359,   Dallas, TX 75221-0359

The following entities were served by electronic transmission on Mar 25, 2008.
10845525    +E-mail/Text: gary@bismarkmortgage.com                         Bismark Mortgage Company,
              10500 NE 8th Street,   Suite 700,   Bellevue, WA 98004-4396
10845527    +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                          Com Ed,
              Bill Pymt Cntr,   Chicago, IL 60668-0001
10845530     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 25 2008 02:54:48      Discover Card,
              P.O. BX. 30395,   Salt Lake City, UT  84130
10845532    +E-mail/Text: bankrup@nicor.com                          Nicor Gas,   P.O. BX. 2020,
              Aurora, IL 60507-2020
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 26, 2008**          **Signature:** _Joseph Speetjens_