IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCO SANFELICE | ) NO. 06-9033 |
| | ) HON. JOHN H. SQUIRES, |
| | ) BANKRUPTCY JUDGE |

### TRUSTEE'S FINAL ACCOUNT AND
### APPLICATION TO CLOSE CASE AND DISCHARGE TRUSTEE

TO:  The Honorable John H. Squires
     United States Bankruptcy Judge

     Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Final Distribution Report, copies of which are attached hereto as Group Exhibit A.

     All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

     The Trustee certifies that the estates has been fully administered and requests that she be discharged and that the case be closed pursuant to 11 U.S.C. section 350.


Dated:  October 7, 2008                              /s/ Brenda Porter Helms
                                                     _____
                                                     Trustee

Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE:                                              CHAPTER 7

FRANCO SANFELICE                                    CASE NO. 06-09033

            Debtor(s).                              HON. JOHN SQUIRES

### AMENDED FINAL DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $7,471.51 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $21,484.02 |
| Interest (726(a)(5)): | $1,769.77 |
| Surplus to Debtor (726(a)(6)): | $24,563.20 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $55,288.50 |

Group Exhibit A

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $7,471.51 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Brenda Porter Helms, Trustee Trustee Compensation | $3,822.53 | $3,822.53 |
| | Brenda Porter Helms, Trustee Trustee Expenses | $528.98 | $528.98 |
| | Clerk, U.S. Bankruptcy Court Clerk of the Court Costs | $250.00 | $250.00 |
| | Springer Brown Covey Gaertner & Davis Attorney for Trustee Fees | $2,870.00 | $2,870.00 |
| | CLASS TOTALS | $7,471.51 | $7,471.51 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000 | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and Penalties | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 21,484.02 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 2 | SFC Central Bankruptcy General Unsecured 726 | $410.19 | $410.19 |
| 1 | Sherry And Eugenio Alimondi General Unsecured 726 | $21,073.83 | $21,073.83 |
|  | **CLASS TOTALS** | **$21,484.02** | **$21,484.02** |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 21,484.02 | 8.24 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 2 | SFC Central Bankruptcy General Unsecured 726 | $410.19 | $33.79 |
| 1 | Sherry And Eugenio Alimondi General Unsecured 726 | $21,073.83 | $1,735.98 |
|  | **CLASS TOTALS** | **$21,484.02** | **$1,769.77** |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 24,563.20 | 100% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Franco Sanfelice, Surplus Funds Paid to Debtor  726 | $24,563.20 | $24,563.20 |
| | CLASS TOTALS | $24,563.20 | $24,563.20 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: __5/8/08                                          /s/ Brenda Porter Helms_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| FRANCO SANFELICE | ) | CASE NO. 06-09033 |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## ORDER AWARDING COMPENSATION AND EXPENSES AND DIRECTING DISTRIBUTION OF ESTATE PROPERTY

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $3,822.53 |
| 2. | Trustee's expenses | $528.98 |
| | TOTAL | $4,351.51 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

FURTHER, IT IS HEREBY ORDERED that the Trustee is authorized to, and by the entry hereof does, abandon the following property: Counterclaim v. Alimondi

DATED this _____ day of _____**ENTERED**_____, 2008.

ENTERED:   MAY - 2 2008

John H. Squires Bankruptcy
UNITED STATES BANKRUPTCY COURT

_____
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| FRANCO S. SANFELICE, | ) | CASE NO. 06-09033 |
| | ) | |
| | ) | JUDGE SQUIRES |
| DEBTOR. | ) | |
| | ) | |

THIS CAUSE COMING TO BE HEARD on the Application of Springer, Brown, Covey, Gaertner & Davis, LLC for the award of final compensation herein, due notice having been provided all creditors of this estate, the Debtor and the United States Trustee, and no objections to the proposed compensation and reimbursement having been raised, now therefore

IT IS HEREBY ORDERED that final compensation in the amount of $2,870.00 be, and it hereby is awarded to Springer, Brown, Covey, Gaertner & Davis as an administrative expense of this estate.

DATED ENTERED:

**ENTERED**

MAY - 2 2008

John H. Squires Bankruptcy
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Judge

Prepared by:

David R. Brown
Springer, Brown, Covey, Gaertner & Davis, LLC
400 South County Farm Road
Suite 330
Wheaton, IL 60187
P: 630-510-0000
F: 630-510-0004
Email: dbrown@springerbrown.com

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No | 06-09033 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name | SANFELICE, FRANCO S | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number CD #: | *******7501 Checking - Non Interest |
| Taxpayer ID No | *******6211 | | | |
| For Period Ending | 10/07/08 | | Blanket Bond (per case limit): $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/28/08 | | Transfer from Acct #*******7365 | Transfer In From MMA Account | 9999-000 | 55,288.50 | | 55,288.50 |
| 05/05/08 | 001001 | Brenda Porter Helms | trustee compensation | 2100-000 | | 3,822.53 | 51,465.97 |
| 05/05/08 | 001002 | Brenda Porter Helms | Trustee expenses | 2200-000 | | 528.98 | 50,936.99 |
| 05/05/08 | 001003 | Clerk, U.S. Bankruptcy Court | 07-342 adversary filing fee deferr | 2700-000 | | 250.00 | 50,686.99 |
| 05/05/08 | 001004 | Springer Brown Covey Gaertner & Davis | ATTORNEYS FEES | 3210-000 | | 2,870.00 | 47,816.99 |
| 05/05/08 | 001005 | SFC Central Bankruptcy 652 Buss river Road Ste 206 Columbia SC 29210 | final distribution | 7100-000 | | 410.19 | 47,406.80 |
| 05/05/08 | 001006 | Sherry and Eugenio Alimondi c/o Gina Krol Cohen & Krol 105 W. Madison St. 1100 Chicago IL 60602 | final distribution | 7100-000 | | 21,073.83 | 26,332.97 |
| 05/05/08 | 001007 | SFC Central Bankruptcy | INTEREST EARNED | 7990-000 | | 33.79 | 26,299.18 |
| 05/05/08 | 001008 | Sherry and Euguenio Alimondi | INTEREST EARNED | 7990-000 | | 1,735.98 | 24,563.20 |
| 05/05/08 | 001009 | SANFELICE, FRANCO | Surplus Funds | 8200-002 | | 24,427.95 | 135.25 |
| 05/08/08 | 001010 | SANFELICE, FRANCO | Final distribution | 8200-002 | | 135.25 | 0.00 |

Exhibit B

Total Of All Accounts    0.00

Ver 14.10a

PFORM24

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 1

| Case No: | 06-09033 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SANFELICE, FRANCO S | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number CD #: | *******7365 Money Market - Interest Bearing |
| Taxpayer ID No: | *******6211 | | | |
| For Period Ending: | 10/07/08 | | Blanket Bond (per case limit): $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/14/07 | 1 | Jill Rose Quinn, Attorney<br>4825 N. Mason Avenue Sts 104 & 105<br>Chicago IL 60630 | decedent's estate distribution | 1229-000 | 55,222.34 | | 55,222.34 |
| 12/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 9.03 | | 55,231.37 |
| 01/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 21.88 | | 55,253.25 |
| 02/29/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 13.13 | | 55,266.38 |
| 03/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 13.06 | | 55,279.44 |
| 04/28/08 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 9.06 | | 55,288.50 |
| 04/28/08 | | Transfer to Acct #*******7501 | Final Posting Transfer | 9999-000 | | 55,288.50 | 0.00 |

PFORM24          Ver 14.10a